IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 11-37 |
| G. JESSE PODLUCKY | ) |
| Defendant. | ) |

ORDER

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(c), and the Criminal Justice Act Plan of the United States District Court for the Western District of Pennsylvania, this Court "has a continuing obligation to supervise appointments already made to insure that they reflect current financial status." United States v. Birrell, 470 F. 2d 113, 115 n.1 (2d Cir 1972); see also United States v. Parker, 439 F.3d 81, 90-99 (2d Cir. 2006). A hearing is necessary in order for the Court to make an appropriate inquiry as to whether Defendant G. Jesse Podlucky is financially unable to obtain counsel. See, e.g., United States v. Gravatt, 868 F.2d 585, 588-89 (3d Cir. 1989).

Therefore, this 11th day of May, 2011, IT IS HEREBY ORDERED that a hearing with regard to this matter will be held on Monday, May 16, 2011 at 11:30 a.m. The defendant's presence at this hearing is required. COUNSEL FOR DEFENDANT SHALL NOTIFY THE DEFENDANT OF THE DATE AND TIME OF THE SCHEDULED HEARING.

s/Alan N. Bloch
United States District Judge

ecf: Counsel of record
G. Jesse Podlucky (regular and certified mail)